AO 10
Rev. 1/2011

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2010

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Hornby, D. Brock | District of Maine | 04/25/2011 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| District Judge (senior status) | ☐ Nomination, Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☐ Amended Report | 01/01/2010<br>to<br>12/31/2010 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| United States District Court<br>156 Federal Street<br>Portland, ME 04101 | Reviewing Officer_____ Date_____ |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Council Member | The American Law Institute |
| 2. Member, Committee on Science, Technology and the Law | The National Academies |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

Hornby, D. Brock

| Name of Person Reporting | Date of Report |
|---|---|
| Hornby, D. Brock | 04/25/2011 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2010 | Hornby Zeller Associates (management consultants to state gov'ts in human services areas) (See Section VIII-Addendum to Section III(B)) |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | American Ass'n for the Advancement of Science | 02/23-25/2010 | Halifax, Nova Scotia, Canada | Participate in "Neuroscience in the Courtroom" program | paid travel, lodging and meal expenses |
| 2. | Osgoode Hall Law School (Toronto) | 04/29-30/2010 | Toronto, Ontario, Canada | Class Action Symposium | paid travel, lodging and meal expenses |
| 3. | The National Academies | 05/16-18/2010 | Washington, DC | CSTL Committee Meeting | paid travel, lodging and meal expenses |
| 4. | The National Academies | 10/24-26/2010 | Washington, DC | CSTL Committee Meeting | paid travel, lodging and meal expenses |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hornby, D. Brock | 04/25/2011 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✓] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[✓] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hornby, D. Brock | 04/25/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Bank of America accounts | A | Interest | L | T | | | | | |
| 2. Ally Bank accounts | B | Interest | L | T | | | | | |
| 3. Emigrant Direct | B | Interest | M | T | | | | | |
| 4. PayPal Money Mkt | A | Interest | J | T | | | | | |
| 5. U.S. Savings Bonds | | None | L | T | | | | | |
| 6. Maine State Turnpike Auth'y bonds | C | Interest | L | T | | | | | |
| 7. Maine Health & Higher Edu. Facs. Auth. bonds | D | Interest | M | T | Redeemed (part) | 05/25/10 | K | | |
| 8. | | | | | Redeemed (part) | 07/26/10 | J | | |
| 9. Puerto Rico Public Finance Corp. bond | B | Interest | K | T | | | | | |
| 10. Bangor ME bond | A | Interest | K | T | | | | | |
| 11. Scarborough ME bond | B | Interest | K | T | | | | | |
| 12. Maine Municipal Bond Bank bond | A | Interest | K | T | Buy | 05/25/10 | K | | |
| 13. Portland ME Airport bond | A | Interest | J | T | | | | | |
| 14. Puerto Rico Public Bldgs Authority bond | A | Interest | K | T | | | | | |
| 15. Commonwealth of Puerto Rico bonds | D | Interest | M | T | Buy | 07/20/10 | K | | |
| 16. | | | | | Buy | 09/22/10 | J | | |
| 17. | | | | | Buy | 10/29/10 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hornby, D. Brock | 04/25/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Univ. of Maine System bond | A | Interest | J | T | | | | | |
| 19. Puerto Rico Elec. Pwr Auth. bond | B | Interest | K | T | Buy | 02/01/10 | K | | |
| 20. Puerto Rico Aqueduct & Sewer Auth. bond | A | Interest | J | T | | | | | |
| 21. Lewiston, ME public improvement bond | A | Interest | K | T | Buy | 04/21/10 | K | | |
| 22. RBC Wealth Mgt money mkt acct | A | Interest | J | T | | | | | |
| 23. T. Rowe Price Mutual Funds | | | | | | | | | |
| 24. -International Stock | A | Dividend | K | T | | | | | |
| 25. Vanguard Group Mutual Funds | | | | | | | | | |
| 26. -Asset Allocation Fund | A | Dividend | J | T | | | | | |
| 27. -Value Index Fund | A | Dividend | K | T | | | | | |
| 28. -Inflation Protected Security Inv | A | Dividend | J | T | | | | | |
| 29. -Strategic Equity Fund | A | Dividend | J | T | | | | | |
| 30. -Tax Mgt Int'l Fund | A | Dividend | J | T | | | | | |
| 31. The MP63 Fund, Inc. (mutual fund) | A | Dividend | K | T | | | | | |
| 32. Alpine Funds | | | | | | | | | |
| 33. -Dynamic Dividend | C | Dividend | K | T | | | | | |
| 34. -International Real Estate | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hornby, D. Brock | 04/25/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. -Dynamic Balance | A | Dividend | J | T | | | | | |
| 36. Bridgeway Funds | | | | | | | | | |
| 37. -Ultra-Small Company Mkt Fund | A | Dividend | K | T | | | | | |
| 38. Matthews Asian Funds | | | | | | | | | |
| 39. -Asia Pacific | A | Dividend | K | T | buy | mthly | J | | |
| 40. -India | A | Dividend | K | T | buy | mthly | J | | |
| 41. The Fairholme Fund ** | C | Dividend | L | T | Buy | | J | | |
| 42. com stk Avon Products | A | Dividend | K | T | buy | mthly | J | | |
| 43. com stk H.J. Heinz Co. | A | Dividend | K | T | buy | mthly | J | | |
| 44. com stk Illinois Tool Works | A | Dividend | K | T | buy | mthly | J | | |
| 45. Brokerage Acct T. Rowe Price | | | | | | | | | |
| 46. -Cash Management Account | A | Interest | J | T | | | | | |
| 47. -com stk General Electric Co. | A | Dividend | J | T | | | | | |
| 48. -com stk Diageo PLC new (ADR) | A | Dividend | J | T | | | | | |
| 49. -com stk Avon Products | A | Dividend | K | T | | | | | |
| 50. -ETF I Shares MSCI Mexico | A | Dividend | J | T | Donated (part) | 09/27/10 | J | | |
| 51. -com stk First Service Corp. | | None | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hornby, D. Brock | 04/25/2011 |

## VII. INVESTMENTS and TRUSTS  – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52.  -com stk Sirius Satellite Radio | | None | J | T | | | | | |
| 53.  -Barclays Bank PLC iPath Index Fund | | None | J | T | | | | | |
| 54.  -com stk Newell Rubbermaid | A | Dividend | J | T | | | | | |
| 55.  IRA Brokerage Acct T. Rowe Price #1 | | | | | | | | | |
| 56.  -Cash Management Acct | A | Interest | J | T | | | | | |
| 57.  -com stk Intel Corp. | A | Dividend | K | T | | | | | |
| 58.  -com stk Starbucks Corp. | A | Dividend | K | T | | | | | |
| 59.  -com stk Popular, Inc. | | None | J | T | | | | | |
| 60.  -Washington REIT | B | Dividend | K | T | | | | | |
| 61.  -com stk Pioneer Natural Resources | A | Dividend | K | T | | | | | |
| 62.  -ETF I Shares MSCI Japan | A | Dividend | J | T | | | | | |
| 63.  -mutual Fairholme Fund | A | Dividend | K | T | | | | | |
| 64.  -Blackrock Int'l Bond Portfolio | A | Dividend | J | T | | | | | |
| 65.  -American Campus Communities REIT | A | Dividend | K | T | | | | | |
| 66.  -com stk Grupo Televisa | | None | K | T | | | | | |
| 67.  -Turkish Investment Fund | A | Dividend | K | T | | | | | |
| 68.  -Prudent Bear Fund | | None | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hornby, D. Brock | 04/25/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69.   -com stk Peabody Energy Corp | A | Dividend | K | T | | | | | |
| 70.   -com stk Patriot Coal Corp. | | None | J | T | | | | | |
| 71.   -Alpine Total Dynamic Div. Fund | A | Interest | J | T | | | | | |
| 72.   -T. Rowe Price Emerging Europe | A | Dividend | J | T | | | | | |
| 73.   -Matthews Korea Fund | A | Dividend | J | T | | | | | |
| 74.   -com stk Amazon.com | | None | K | T | | | | | |
| 75.   -Wisdom Tree Large Cap Div | A | Dividend | K | T | Buy | 01/24/10 | K | | |
| 76.   IRA Brokerage Acct T. Rowe Price #2 | | | | | | | | | |
| 77.   -Cash Management Acct | A | Interest | J | T | | | | | |
| 78.   -com stk DWS Europe Equity Fund | A | Dividend | J | T | | | | | |
| 79.   -com stk Powershares QQQ (frmrly Nasdaq 100) | A | Dividend | K | T | | | | | |
| 80.   -com stk Immunogen Inc. | | None | J | T | | | | | |
| 81.   -U.S. Global Investors Eastern Europe (mutual) | | None | J | T | | | | | |
| 82.   -Vanguard REIT Vipers | A | Dividend | J | T | | | | | |
| 83.   -com stk Coca Cola | A | Dividend | J | T | | | | | |
| 84.   -Vanguard Strategic Equity | A | Dividend | J | T | | | | | |
| 85.   -com stk Medtronic Inc. | A | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hornby, D. Brock | 04/25/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. -adr Nokia Corp. | A | Dividend | J | T | | | | | |
| 87. -Developers Diversified Realty REIT preferred Class H | A | Dividend | J | T | | | | | |
| 88. -com stk Cisco Systems Inc. | | None | J | T | | | | | |
| 89. -adr Vodafone Group PLC | A | Dividend | J | T | | | | | |
| 90. -com stk Nautilus Group Inc. | | None | J | T | | | | | |
| 91. -com stk Developers Diversified Realty REIT | A | Dividend | J | T | | | | | |
| 92. -Value Line Fund Inc. | | None | K | T | | | | | |
| 93. -Prudent Bear Fund | | None | K | T | | | | | |
| 94. -Fidelity Nordic Countries Fund | A | Dividend | J | T | | | | | |
| 95. -I Shares MSCI Japan | A | Dividend | J | T | | | | | |
| 96. -T. Rowe Price Africa & Middle East | | None | J | T | | | | | |
| 97. -I shares TR S&P Global Infrastructure Index Fund | A | Dividend | J | T | | | | | |
| 98. -Vanguard FTSE All-World ex-US ETF | A | Dividend | K | T | Buy | 01/24/10 | K | | |
| 99. Pension Plan Acct. TIAA-CREF | | None | M | T | | | | | |
| 100. Pension Plan Acct. TIAA-CREF | | None | O | T | | | | | |
| 101. 401K Plan CMC Interactive LLC | | | | | | | | | |
| 102. -First Eagle Over A* | C | Dividend | M | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hornby, D. Brock | 04/25/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 103. -Am. Fds Growth Fund R4 (RGAEX)* | A | Dividend | K | T | | | | | |
| 104. -Perkins Mid-Cap Value Inv (JMCVX)* | A | Dividend | J | T | | | | | |
| 105. -Royce Total Return* | A | Dividend | K | T | | | | | |
| 106. -Oakmark Equity & Income J* | B | Dividend | L | T | | | | | |
| 107. -Selected American | A | Dividend | K | T | | | | | |
| 108. -Columbia Acorn Fund* | A | Dividend | L | T | | | | | |
| 109. -Pimco Total Return | A | Dividend | J | T | | | | | |
| 110. -Schwab Int'l Index | A | Dividend | K | T | | | | | |
| 111. -Principal Investors High Yield II | A | Dividend | J | T | | | | | |
| 112. nonvoting stk Mandel Investment Corp. | A | Dividend | N | U | | | | | |
| 113. 1/2 unit ltd. partnership int. in Falls Development Assoc., | | | | | | | | | |
| 114. ltd. real estate partnership purchased 12/30/85; total | | | | | | | | | |
| 115. of $16,489.50 pd in installments completed 2/10/90 | | None | K | R | | | | | |
| 116. ltd. partnership int. in Miraculous, LLC, ltd. | | | | | | | | | |
| 117. real estate partnership purchased 2/11/02 $50,000 | B | Distribution | L | R | | | | | |
| 118. Minnesota Life:endowment life | A | Dividend | J | T | | | | | |
| 119. Hornby Zeller Properties LLC | | None | N | U | | | | | |

1. Income Gain Codes:    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000

(See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000

2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000

(See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000

P3 =$25,000,001 - $50,000,000    P4 =More than $50,000,000

3. Value Method Codes    Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market

(See Column C2)    U =Book Value    V =Other    W =Estimated

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. BACHZA, Inc. | | None | J | U | | | | | |
| 121. | | | | | | | | | |
| 122. * amounts contributed automatically on recurrent | | | | | | | | | |
| 123. basis by employer and employee | | | | | | | | | |
| 124. ** See Part VIII. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hornby, D. Brock | 04/25/2011 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part III(B): [          ] income derives from salary and distributions in the management consulting firm of which she is a fifty percent shareholder, officer and employee (subchapter S corporation). There is one other shareholder and officer. The firm's income derives from contracts with state governments and, occasionally, nonprofit corporations.

Part VII:
Line 41, D (2) - monthly

| Name of Person Reporting | Date of Report |
|---|---|
| Hornby, D. Brock | 04/25/2011 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ D. Brock Hornby**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544